| | AUSA: Roy R. Kranz | Telephone: (989) 895-5712 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: Trent Vatter, BIA | Telephone: (989) 894-8424 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Dakota Carlos Chatfield,

Case: 1:19-mj-30577
Judge: Morris, Patricia T.
Filed: 11-04-2019
CMP USA v. DAKOTA CARLOS CHATFIELD (dw)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3, 2019__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §113(a)(4); Assault while Striking, Beating, or Wounding | defendant, a non-Indian, did assault by striking, beating and wounding his intimate partner, A.B., an Indian, on the Isabella Reservation in Indian country in violation of 18 U.S.C. §§ 113(a)(4), 1151 and 1152. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Trent Vatter, BIA
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/04/2019

City and state: Flint, Michigan

_____
Judge's signature

Stephanie Dawkins Davis, United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA CARLOS CHATFIELD,

    Defendant.

## AFFIDAVIT FOR ARREST WARRANT

I, Trent Vatter, being duly sworn on oath, deposes and states the following:

1) I am a police officer with the Saginaw Chippewa Tribal Police Department and have been so employed for approximately 5 years. I am also a sworn Bureau of Indian Affairs (BIA) federal officer. During my career I have been involved in numerous investigations concerning assault. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2) The information included in this affidavit is provided for the limited purpose of establishing probable cause that Dakota Carlos Chatfield committed the offense Assault by Striking, Beating, or Wounding on or about November 3, 2019, in violation of 18 U.S.C. § 113(a)(4), and therefore it does not contain all of the facts

known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3) According to A.B., on or about November 3, 2019, Dakota Carlos Chatfield, assaulted her. A.B. is an Indian and is Chatfield's intimate and dating partner. Chatfield is a non-Indian. This assault consisted of Chatfield intentionally striking A.B. in the chest several times with his hands.

4) Officer Quinn Yurack, also of the Saginaw Chippewa Tribal Police, observed a redness on A.B.'s chest where she said Chatfield struck her.

5) This incident occurred at 2543 Eastgate Ave. Unit B, Mt. Pleasant, Michigan on the Isabella Reservation in Indian country.

6) Based on these facts, there is probable cause to believe Dakota Carlos Chatfield did commit an assault by striking, beating, or wounding against A.B., in violation of Title 18 United States Code, Section 113(a)(4).

TV – 4/0
Trent Vatter
Bureau of Indian Affairs

Sworn to before me and signed in my presence
and/or by reliable electronic means.
on this 4th day of November 2019.

STEPHANIE DAWKINS DAVIS
United States Magistrate Judge

2